**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **DOUGLAS OAKLEY and NEILL** | ) | |
| **RINKER, on behalf of themselves and** | ) | |
| **a similarly situated class,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:09-0107** |
| | ) | **Judge Echols** |
| **REMY INTERNATIONAL, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, Defendant Remy International, Inc.'s "Motion to Dismiss for Improper Venue or, in the Alternative, Motion to Transfer for Forum Non-Conveniens" (Docket Entry No. 15) is hereby GRANTED IN PART and DENIED IN PART. Defendant's request that this action be dismissed is hereby DENIED. Defendant's alternative request that this case be transferred to the Southern District of Indiana is hereby GRANTED and the Clerk is hereby DIRECTED TO TRANSFER this case to the United States District Court for the Southern District of Indiana.

Because the Court is transferring this action, the Court DENIES AS MOOT Plaintiff's Motion for Preliminary Injunction (Docket Entry No. 17) and Motion to Certify Class (Docket Entry No. 20) for purposes of this Court's docket. Defendant's Motion for Leave of Court to File Reply in Support of Motion to Dismiss for Improper Venue or in the Alternative, Motion to Transfer for Forum Non-Conveniens (Docket Entry No. 27) is likewise deemed MOOT.

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE